UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURENCE ROSANSKY, RONALD ROSANSKY, CHERYL RICHIUTTI, JONATHAN JAGID, JEFFREY JAGID, and JOSHUA JAGID,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAUL ZIMBONE and CAROL GREGORY, Individually and as Trustee of each of The Gregory Revocable Trust, The Gregory Family Trust, and the Carol Jean Gregory Surviving Grantor's Trust,<br><br>　　　　Defendants,<br><br>and<br><br>BIGCAMP, LLC,<br><br>　　　　Nominal Defendant. | C.A. No. 1:21-CV-11202-IT |

## **NOTICE OF APPEARANCE OF STEPHANIE R. PARKER**

Please enter the appearance of Stephanie R. Parker, Esq. of O'Connor, Carnathan and Mack, LLC as counsel of record, along with David B. Mack, for the Plaintiffs, Laurence Rosansky, Ronald Rosansky, Cheryl Richiutti, Jonathan Jagid, Jeffrey Jagid, and Joshua Jagid, in the above-captioned matter.

Respectfully submitted,

/s/ Stephanie R. Parker
Stephanie R. Parker (BBO # 687610)
sparker@ocmlaw.net
O'Connor Carnathan and Mack LLC
67 South Bedford Street, Suite 400W
Burlington, MA 01803
Telephone:  781.359.9005

Dated:  September 3, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 3, 2021.

*/s/ Stephanie R. Parker*
Stephanie R. Parker