UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURENCE ROSANSKY, RONALD ROSANSKY, CHERYL RICHIUTTI, JONATHAN JAGID, JEFFREY JAGID, and JOSHUA JAGID,<br><br>    Plaintiffs,<br><br>  i.<br><br>PAUL ZIMBONE and CAROL GREGORY, Individually and as Trustee of each of The Gregory Revocable Trust, The Gregory Family Trust, and the Carol Jean Gregory Surviving Grantor's Trust,<br><br>    Defendants,<br><br>and<br><br>BIGCAMP, LLC,<br><br>    Nominal Defendant. | C.A. No. 1:21-CV-11202-IT |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Laurence Rosansky, Ronald Rosansky, Cheryl Richiutti, Jonathan Jagid, Jeffrey Jagid, and Joshua Jagid hereby voluntarily dismiss this action with prejudice and without costs or attorneys' fees.

Respectfully submitted,

LAURENCE ROSANSKY, RONALD ROSANSKY, CHERYL RICHIUTTI, JONATHAN JAGID, JEFFREY JAGID, and JOSHUA JAGID,

By their attorneys,

   /s/ David B. Mack
David B. Mack (BBO # 631108)
dmack@ocmlaw.net
Stephanie R. Parker (BBO #687610)
sparker@ocmlaw.net
O'Connor Carnathan and Mack LLC
67 South Bedford Street, Suite 400W
Burlington, MA 01803
Telephone:  781-359-9005

Dated:  October 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2021.

   /s/ David B. Mack
       David B. Mack